FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
JANUARY 20, 2023
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 10

State of North Dakota,                                    Plaintiff and Appellee

v.

Lakeitha Chevette Moore,                              Defendant and Appellant

## No. 20220242

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable Lolita G. Hartl Romanick, Judge.

AFFIRMED.

Per Curiam.

Carmell F. Mattison, Assistant State's Attorney, Grand Forks, ND, for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for defendant and appellant; submitted on brief.

## State v. Moore
## No. 20220242

**Per Curiam.**

[¶1]   Lakeitha Moore appeals from a criminal judgment after pleading guilty to conspiracy to deliver a controlled substance, a class B felony. The district court considered the relevant sentencing factors under N.D.C.C. § 12.1-32-04, and sentenced Moore to ten years in prison, with five years suspended and two years of supervised probation. Moore argues the court did not appropriately weigh or consider the relevant sentencing factors.

[¶2]   After reviewing the record, the court did not abuse its discretion in sentencing Moore. The court sentenced Moore within the statutory range for a class B felony, and she makes no showing the court relied on an impermissible factor. *See State v. Corman*, 2009 ND 85, ¶ 15, 765 N.W.2d 530 ("Appellate review of a criminal sentence is generally confined to whether the court acted within the sentencing limits prescribed by statute, or substantially relied upon an impermissible factor."). We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶3]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte

1